# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

MAY – 1 2009    CLR

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| Vs | § | L-09-MJ-968-01 |
| **ALEJANDRO RAZO VALENZUELA** | § | |

## ORDER

The Court, having considered "Pretrial Services Report" received **April 21, 2009,** is of the opinion and hereby orders that the defendant's bond set at $200,000.00, cash or surety, be modified to a **$200,000.00** bond, with a **$1,000.00** cash deposit and two co-sureties,  along with the additional bond conditions as set out by Pretrial Services.

SIGNED, this 1st day of May, 2009.

J. SCOTT HACKER
United States Magistrate Judge


JSH/cr